United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                               Case No. 17-17801-amc
Michael Carbonara                                                    Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Christina              Page 1 of 2              Date Rcvd: Feb 13, 2019
                              Form ID: pdf900              Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2019.
```
db              #+Michael Carbonara,    612 Cypress Lane,    Morton, PA 19070-1638
cr               +Freedom Mortgage Corporation,    10500 Kincaid Drive,    Fishers, IN 46037-9764
14107950         +CINGULAR,    Williamson and Brown,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
14015653         +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
14015658         +Freedom Mortgage Corp,    Attn: Bankruptcy,    Po Box 489,    Mt Laurel, NJ 08054-0489
14015659         +Loancare Servicing Ctr,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Feb 14 2019 02:49:36     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2019 02:49:08
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 14 2019 02:49:32     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14104861         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2019 02:57:59
                  Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                  Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
14015651        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2019 02:59:29     Capital One,
                  General Correspondence,    Po Box 30285,   Salt lake City, UT 84130-0285
14015652        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2019 02:57:44     Capital One,
                  Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14023765         E-mail/Text: mrdiscen@discover.com Feb 14 2019 02:48:50     Discover Bank,
                  Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14015654        +E-mail/Text: mrdiscen@discover.com Feb 14 2019 02:48:50     Discover Financial,   Po Box 3025,
                  New Albany, OH 43054-3025
14015656        +E-mail/Text: bankruptcynotices@dcicollect.com Feb 14 2019 02:49:55
                  Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
                  Jacksonville, FL 32255-1268
14015657        +E-mail/Text: bknotice@ercbpo.com Feb 14 2019 02:49:25     ERC/Enhanced Recovery Corp,
                  Attn: Bankruptcy,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14104550         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2019 02:56:17
                  LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                  Company,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14039223         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2019 02:56:08
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14015660        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 14 2019 02:59:33     Regional Acceptance Co,
                  621 W Newport Pike,    Wilmington, DE 19804-3235
14043908         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 14 2019 02:59:33     Regional Acceptance Corporation,
                  PO Box 1847,    Wilson, NC 27894-1847
14015661        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 14 2019 02:48:45
                  Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                  Weldon Springs, MO 63304-2225
14069493        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2019 02:56:31     Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14015662        +E-mail/Text: vci.bkcy@vwcredit.com Feb 14 2019 02:49:27     Volkswagen Credit, Inc,   Po Box 3,
                  Hillsboro, OR 97123-0003
                                                                                               TOTAL: 17
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14015655*       +Discover Financial,    Po Box 3025,   New Albany, OH 43054-3025
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: Christina             Page 2 of 2                   Date Rcvd: Feb 13, 2019
                              Form ID: pdf900             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Michael  Carbonara brad@sadeklaw.com,  bradsadek@gmail.com
              KERI P EBECK    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Lois M. Vitti    on behalf of Creditor    Freedom Mortgage Corporation loismvitti@vittilaw.com,
               nicole@vittilaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL CARBONARA                                Chapter 13

                    Debtor          Bankruptcy No. 17-17801-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ____ day of ____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

                                        _____
                                        Ashely M. Chan
                                        Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
MICHAEL CARBONARA

612 CYPRESS LANE

MORTON, PA 19070